UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TYRELL J. RAINEY,<br><br>    Petitioner,<br><br>    v.<br><br>D. ASUNCION,<br><br>    Respondents. | No. ED CV 17-02474-GW (DFM)<br><br>JUDGMENT |

    Under the Order Summarily Dismissing Petition,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: March 28, 2018

_____
GEORGE H. WU
United States District Judge